

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-16-00519-CV

Loren **BREWER**,
Appellant

v.

**SCHLUMBERGER TECHNOLOGY CORPORATION**,
Schlumberger, N.V. a/k/a Schlumberger Limited, and Jose Salazar Jr.,
Appellees

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 14-09-53692-CV
Honorable Richard C. Terrell, Judge Presiding

PER CURIAM

Sitting:      Marialyn Barnard, Justice
              Rebeca C. Martinez, Justice
              Patricia O. Alvarez, Justice

Delivered and Filed:  September 28, 2016

DISMISSED FOR WANT OF PROSECUTION

On August 12, 2016, appellant filed a notice of appeal from the trial court's judgment signed May 12, 2016.  The clerk's record was due September 9, 2016, one hundred and twenty days after the judgment was signed.  *See* TEX. R. APP. P. 35.1(a).  On September 2, 2016, the District Clerk of Jim Wells County, filed a notification stating the clerk's record would not be filed because appellant had not paid or made arrangements to pay the clerk's fee to prepare the record and is not entitled to appeal without paying the fee.  On September 7, 2016, we ordered appellant to provide written proof to this court on or before September 19, 2016, that either: (1) the clerk's

fee has been paid or arrangements had been made to pay the clerk's fee; or (2) he is entitled to appeal without paying the clerk's fee. We cautioned appellant that if he failed to respond within the time provided, his appeal would be dismissed for want of prosecution. *See id.* R. 37.3(b). Appellant has not filed a response, and our clerk's office contacted the Jim Wells County clerk's office and was advised no payment had been received.

Accordingly, this appeal dismissed for want of prosecution. We order that appellees recover their costs of this appeal, if any, from appellant.

PER CURIAM